[L. A. No. 2394. In Bank.—December 27, 1909.]

## EDWIN R. FOX, Appellant, v. A. A. HUBBARD et al., Respondents.

CASE AFFIRMED.—Judgment in this case affirmed on the authority of *Perry* v. *City of Los Angeles, ante*, p. 146.

APPEAL from a judgment of the Superior Court of Los Angeles County.   Walter Bordwell, Judge.

The facts are stated in the opinion of the court.

Edwin R. Fox, *in pro. per.*, for Appellant.

Leslie R. Hewitt, City Attorney, and Lewis R. Works, and W. B. Mathews, for Respondents.

THE COURT.—The real question sought to be presented by this appeal is the same as that presented in the case of *Perry* v. *City of Los Angeles, ante,* p 146, [106 Pac. 400], this day decided.

For the reasons given in the opinion filed in that case the ruling sustaining the demurrers to plaintiff's complaint was correct.

The judgment is affirmed.